*Ignatius M. Wilkinson, Corporation Counsel (Joseph F. Mulqueen, Jr., and James Hall Prothero of counsel), for appellant. Nemo Convisser and Sidney G. Hollander for respondent.*

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.

DEVONSHIRE, JR., INC., Appellant, *v.* LOUIS J. COHN et al., Copartners Trading as PAT HARTLY, Respondents.

Argued October 10, 1945; decided November 29, 1945.

*David Goldstein* and *Lawrence Kovalsky* for appellant. *Stanley Ide La Cov* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.